UNITED STATES, Appellee

v

CURTIS GRAHAM, JR., Airman Third Class, and HERMAN WHITE, Airman Second Class, U. S. Air Force, Appellant

10 USCMA 101, 27 CMR 175

No. 12,263

Decided January 2, 1959

*Lieutenant Colonel Sam F. Carter* and *Captain John H. Leonard* were on the brief for Appellant, Accused.

*Lieutenant Colonel Robert W. Michels* and *Captain Lawrence J. Gross* were on the brief for Appellee, United States.

Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The accused were tried in a common trial for separate larcenies committed in the same places at the same time. No objection to a common trial was made at any time. At trial, defense counsel represented that "we felt that in the best interests of both accused . . . [the cases] should be tried" in common. Nothing in the record of trial indicates that either accused was prejudiced in any material respect by the trial in common. Under the circumstances, if there was impropriety in directing a common trial, it was waived by the accused. United States v Williams, 10 USCMA 33, 27 CMR 107.

The decision of the board of review is affirmed.

Judge LATIMER concurs.

FERGUSON, Judge (concurring):

I dissented in United States v Williams, 10 USCMA 33, 27 CMR 107, in which this Court established the law that the accused waives the error if accused's trial counsel fails to object to a common trial.

Consequently, I concur.